BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:05-CR-269 LKK |
|---|---|---|
| Plaintiff, | ) | ORDER VACATING PREVIOUS ORDERS GRANTING SENTENCE REDUCTION, |
| v. | ) | AND REINSTATING ORIGINAL JUDGMENT AND SENTENCE |
| LORENZO AUSTIN, | ) | |
| Defendant. | ) | Court:  Hon. Lawrence K. Karlton |

The Court having received the Ninth Circuit Court of Appeals' Mandate filed on July 10, 2012, and Opinion filed April 18, 2012, in C.A. No. 10-10001, it is ORDERED that the Court's Order filed December 8, 2009, granting defendant Lorenzo Austin's motion for a sentence reduction on his cocaine base trafficking conviction, and the Court's Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) filed and entered on December 11, 2009, are both hereby VACATED.  It is further ORDERED that the Court's Judgment In A Criminal Case previously filed and entered on January 26, 2007, including a sentence of seventeen years incarceration, is hereby REINSTATED.

Dated: September 10, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT